# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANGELA D. JOHNSON                                                PLAINTIFF

v.                          No. 4:23-cv-488-DPM

SANOFI-AVENTIS U.S., LLC and
SANOFI US SERVICES, INC.                                         DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 3 February 2025 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2024